IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,                                                   Civil Action File No.:
                                                                   1:20-cv-04446-SCJ

v.

ULTA SALON, COSMETICS & FRAGRANCE, INC.,
a Foreign Profit Corporation,
d/b/a Ulta Beauty,

    Defendant.
_____/

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Estrada hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

Dated: January 6, 2021.

                                                Respectfully submitted,

                                                */s/ Matthew N. Pope*
                                                Matthew N. Pope
                                                GA Bar No. 584216

                                                ***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served upon Defendant via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated: January 6, 2021.

>Respectfully submitted,
>
>*/s/ Matthew N. Pope*
>Matthew N. Pope
>GA Bar No. 584216
>
>***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com